# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00696-CV

**Daniel Caldwell, Appellant**

**v.**

**Jennifer Garfutt, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 09-3577-FC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Daniel Caldwell has filed a motion to abate this appeal for preparation of findings of fact and conclusions of law. We grant the motion, abate this appeal, and remand the cause to the trial court with instructions that the court prepare any findings of fact and conclusions of law required by the Texas Rules of Civil Procedure. We further instruct appellant to file either a motion to reinstate the appeal or a status report of the appeal no later than September 16, 2013.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed: July 18, 2013